IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v | * | **CRIMINAL NO 1:08-00132-CG** |
| | * | |
| **ROBERT VEZENDY,** | * | |
| | * | |
| **Defendant** | * | |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby

**ORDERED, ADJUDGED**, and **DECREED** that the following asset is dismissed from the Order of Forfeiture in this cause against **ROBERT VEZENDY**:

(1) All real property situated, lying and being in the county of Mobile, State of Alabama, described as follows, to wit: Lot(s) 18 Vaughan's Palisades, Unit 3, Phase 2 according to the map or plat thereof recorded in map book 48, page 16, in the office of the judge of probate, Mobile County, Alabama, also known as: 5809 Vaughn Drive West, Satsuma, Alabama, 36572; Parcel R-02-19-06-24-2-000-002.072.

**DONE** and **ORDERED**, this 30th day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE